Beth S. Rose
Andrew W. Schwartz
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Phone: (973) 643-7000
*Attorneys for Defendant Amazon.com Services, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | |
|---|---|
| KASONDRA HESTER, | |
| Plaintiff, | Civil Action No. 2:22-cv-02152 (RPK) (ARL) |
| -against- | |
| RED MEDICAL SUPPLIES LTD., ECO-MED PHARMACEUTICAL INC. and AMAZON.COM SERVICES, INC., | **STIPULATION AND ORDER EXTENDING AMAZON'S TIME TO RESPOND TO THE COMPLAINT** |
| Defendants. | *(Document Electronically Filed)* |

---------------------------------------------------------------- X

It is hereby STIPULATED and AGREED, by and between PARKER WAICHMAN LLP, counsel for Plaintiff, and SILLS CUMMIS & GROSS P.C., counsel for Defendant Amazon.com Services, Inc. ("Amazon"), that the time within which Amazon may serve and file a responsive pleading to Plaintiff's Complaint is hereby extended up to and including May 12, 2022.

DATED:  New York, New York
        April 19, 2022

/s/ Steve Fils-Aime
STEVE FILS-AIME ESQ.
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, New York 11050
(516) 466-6500
Counsel for Plaintiff

ANDREW W. SCHWARTZ, ESQ.
SILLS CUMMIS & GROSS P.C.
101 Park Avenue
New York, New York 10178
(212) 643-7000
Counsel for Defendant Amazon.com Services, Inc.

So Ordered:

_____
Hon. Arlene R. Lindsay, U.S.M.J.